IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CLIFTON LEE ROBERTS                                                                                   PLAINTIFF

v.                                         Case No. 4:25-cv-4091

GINA BUTLER                                                                                       DEFENDANTS

## ORDER

      Before the Court is the Report and Recommendation filed by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. ECF No. 7. Judge Singleton recommends that this case be dismissed without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim upon which relief may be granted. Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 7) *in toto*. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**. Plaintiff is warned that, in the future, this dismissal may be counted as a strike for purposes of 28 U.S.C. § 1915(g).

      **IT IS SO ORDERED**, this 12th day of January, 2026.

                                                             /s/ Susan O. Hickey
                                                           Susan O. Hickey
                                                           United States District Judge